2000R00937/phk

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | Hon. Madeline Cox Arleo |
|---|---|---|
| v. | : | Mag. No. 00-8137 |
| MINDY SLAUGHTER | : | DISMISSAL ORDER |

Under Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the Acting United States Attorney for the District of New Jersey hereby dismisses Complaint No. 00-8137, which Complaint was filed on June 13, 2000, charging a violation of Title 18, United States Code, Section 1701, for the reason that defendant MINDY SLAUGHTER has successfully completed the terms of a pretrial diversion agreement.

This dismissal is without prejudice.

_____
RALPH J. MARRA, JR.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

2/26/09

_____
HON. MADELINE COX ARLEO
United States Magistrate Judge